KAYE, ROSE & PARTNERS, LLP
Bradley M. Rose, Esq. (126281)
Anita M. Eilert, Esq. (133639)
169 South Rodeo Drive
Beverly Hills, California 90212
Telephone: (310) 551-6555
Facsimile: (310) 277-1220

Attorneys for Defendant NCL (BAHAMAS) LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAMON MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>NCL (BAHAMAS) LTD., which will do business in California as NCL (BAHAMAS) SERVICES, LTD., NCL AMERICA, INC., and DOES 1-10, inclusive,<br><br>    Defendant. | **Case No.:   2:18-cv-10090-KS**<br>**Trial Date: Not Set**<br><br>**MOTION AND NOTICE OF MOTION TO CONFIRM ARBITRATION AWARD**<br><br>Date:  January 23, 2019<br>Time:  10:00 a.m.<br>Place:  Roybal Federal Building, 255 E. Temple St., Los Angeles, CA  90012<br>Courtroom 580<br>Judge:  Magistrate Karen Stevenson |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that on January 23, 2019, at 10:00 a.m. or as soon thereafter as the matter may be heard in the above-entitled court, Defendant NCL (BAHAMAS) LTD. ("NCL") will, and hereby does, move this Court for an Order Confirming the November 5, 2018 Final Award for Arbitration ("Final Award") in favor of NCL and against plaintiff RAMON MOORE.

   NCL's motion is brought pursuant to 9 U.S.C. § 9; 9 U.S.C. § 13 and 9 U.S.C. §§ 201-208 and on the grounds that the Final Award was in all respects proper and is final and binding.  The motion will be based on this Notice; the Memorandum of Points and Authorities; and the Declaration of Anita M. Eilert and

1  exhibits thereto; all pleadings and papers on file in this action; and upon such
2  further oral and documentary evidence and argument as may be presented at the
3  time of the hearing on this motion.
4     This motion is made following the conference of counsel pursuant to L.R. 7-
5  3 which took place on December 20, 2018.

7  Dated: December 20, 2018           **KAYE, ROSE & PARTNERS, LLP**

9                                      By: /s/ Anita M. Eilert
10                                         Bradley M. Rose
                                           Anita M. Eilert
11                                         Attorneys for Defendant NCL
                                           (BAHAMAS) LTD.