**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 18-10090-JFW(SKx)** | Date: December 27, 2018 |
| Title: | Ramon Moore -v- NCL (Bahamas) Ltd., et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):** ORDER DENYING WITHOUT PREJUDICE DEFENDANT NCL (BAHAMAS) LTD.'S MOTION TO CONFIRM ARBITRATION AWARD [filed 12/20/2018; Docket No. 6]

Defendant NCL (Bahamas) Ltd.'s Motion to Confirm Arbitration Award filed on December 20, 2018 [Docket No. 6] is **DENIED without prejudice** to re-filing it in accordance with the Court's Standing Order.

IT IS SO ORDERED.