# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No. **CV 18-10090-JFW(SKx)** | Date: January 29, 2019 |

Title: Ramon Moore -v- NCL Bahamas Ltd., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):** ORDER DENYING PLAINTIFF'S AMENDED MOTION TO REMAND AND FOR ATTORNEY'S FEES AND COSTS [filed 1/3/2019; Docket No. 14]

On January 3, 2019, Plaintiff Ramon Moore ("Plaintiff") filed an Amended Motion to Remand and for Attorney's Fees and Costs. On January 14, 2019, Defendant NCL (Bahamas) Ltd. ("Defendant") filed its Opposition. Plaintiff did not file a Reply. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for February 4, 2019 is hereby vacated and the matter taken off calendar. After considering the moving and opposing papers, and the arguments therein, the Court rules as follows:

For the reasons stated in Defendant's Opposition, Plaintiff's Amended Motion to Remand and for Attorney's Fees and Costs is **DENIED**. The Court adopts and signs, as modified, Defendant's Proposed Statement of Decision on Motion to Remand, lodged with the Court on January 16, 2019 [Docket No. 21-1].

IT IS SO ORDERED.