1
2
3
4                                                          JS-6
5
6
7                    UNITED STATES DISTRICT COURT
8                    CENTRAL DISTRICT OF CALIFORNIA
9                          WESTERN DIVISION
10

11   RAMON MOORE,                          **Case No.:    2:18-cv-10090-JFW(SKx)**
12            Plaintiff,
13       v.                               **JUDGMENT**
14   NCL (BAHAMAS) LTD., which will
15   do business in California as NCL      United States Courthouse, 350 W. 1st St.,
     (BAHAMAS) SERVICES, LTD.,             Los Angeles, CA  90012
16   NCL AMERICA, INC., and DOES 1-        Courtroom 7A
     10, inclusive,                        Judge:      Hon. John F. Walter
17            Defendant.
18

19        On February 27, 2019, the Court, having considered the arguments in the

20   moving, opposing, and reply papers, issued Orders **DENYING** the Motion to

21   Vacate Arbitration Award [Docket No. 46] filed by plaintiff Ramon Moore

22   ("Plaintiff") and **GRANTING** the unopposed Amended Motion to Confirm

23   Arbitration Award [Docket No. 50] filed by defendant NCL (Bahamas), Ltd.

24   ("NCL"). [Docket 58.]

25        In denying plaintiff's Motion to Vacate, the Court concluded that plaintiff

26   failed to meet his burden of demonstrating that there was "evident partiality" on the

27   part of the Arbitrator pursuant to 9 U.S.C. § 10(a)(2).  Specifically, the Court

28   concluded "that: (1) the Arbitrator made appropriate disclosures before plaintiff

agreed to his selection as arbitrator; and (2) in any event, plaintiff waived his right to seek vacatur on the basis of evident partiality." [Docket 58 at 4.] Having found no grounds to vacate the Arbitration Award, the Court entered an Order granting NCL's Amended Motion to Confirm Arbitration Award.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Judgment is hereby entered, consistent with the Final Award for Arbitration ("Final Award") rendered by Arbitrator Peter Abraham on November 2, 2018 [Docket 50-9 (Exhibit G)], as follows:

    A.    Plaintiff's claim for damages is denied.

    B.    NCL's counterclaim for damages is denied.

    C.    Plaintiff and NCL shall bear their own attorney's fees and costs incurred.

    D.    The administrative fees of the ICDR totaling US $7,720.00 shall be borne by NCL as incurred, and the compensation of the Arbitrator totaling US $24,665.59 shall be borne by the NCL as incurred.

    E.    The Final Award is in full settlement of all claims submitted. All claims not specifically ruled on in the Final Award are denied.

Dated: March 5. 2019

_____

Hon. John F. Walter
United States District Court Judge